UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-cv-24040-Middlebrooks/Brannon

ARRIVAL STAR SA, and
MELVINO TECHNOLOGIES
    Plaintiffs,

v.

ORTEC INTERNATIONAL USA, INC.,
    Defendant.
_____/

## ORDER ACCEPTING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Parties Stipulation for Dismissal with Prejudice (DE 15) ("Stipulation"), filed February 8, 2013. I have reviewed the Stipulation and am otherwise fully advised in the premises. The Parties filed this Stipulation pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). I have reviewed the Stipulation and the record on the matter. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties' Stipulation (DE 15) is hereby **ACCEPTED**.

It is further **ORDERED AND ADJUDGED** that:

1. Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**;
2. All Pending Motions are hereby **DENIED as MOOT**;
3. Each Party shall bear her or its own attorneys' fees and costs;
4. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _11_ day of February, 2013.

                                        DONALD M. MIDDLEBROOKS
                                        UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record